

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

David J Cataldo, CDCR #T-79908

Civil Action No. 16-cv-02747-JAH-WVG

**Plaintiff,**

V.

See attachment

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Reinstates its June 7, 2018 Order Granting Defendant County of San Diego's Motion to Dismiss Plaintiff's Second Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6); and Dismisses the remainder of this civil action in its entirety based on Plaintiff's failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

Date:  2/12/20

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Exler

M. Exler, Deputy

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 16-cv-02747-JAH-WVG

SHERIFF DEPUTY MADOX, Vista Detention Facility; JOHN DOES, GBDF Medical Staff; Dr. QUOC TRAN; COUNTY OF SAN DIEGO,
Defendants